VINCENT J. D'ELIA, ESQUIRE
309 Communipaw Avenue, Ground Floor
Jersey City, New Jersey 07304
Telephone: (201) 656-6503
Facsimile: (201) 656-3276
NJ Attorney ID#284851972
Email: vjd@deliamccarthy.com
Attorney for Plaintiffs, Billy E. Singletary and Ida Mae Singletary

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004¬2(c) | |
| In re:<br><br>    BILLY E. and IDA SINGLETARY,<br><br>    Debtors | Case No. 21-19637-JKS<br><br>Chapter 13<br><br>Honorable John K. Sherwood, U.S.B.J. |
| BILLY E. SINGLETARY and IDA SINGLETARY,<br><br>    Plaintiffs,<br>                        v.<br>EQUITY SOURCE HOME LOANS, LLC; ANTHONY L. AFFATATI; CHASE HOME FINANCE, LLC; J.P. MORGAN CHASE, N.A.; MARY JO MCGOWAN; CRYSTAL MOORE; MARIA LEONOR GERHOLDT; WESTERN THRIFT & LOAN; JAY TRAIL; ACCREDITED HOME LENDERS INC.; LENDERS FIRST CHOICE; CECILIA GUIZAR-RODRIGUEZ; THE CIT GROUP/CONSUMER FINANCE, INC.; BANK OF NEW YORK MELLON; FRANK LENARTOWICZ; FLORENCE WATSON; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERSCORP HOLDINGS, INC., CIT MORTGAGE LOAN TRUST 2007-1; ROY LACEY; DANIELLE EWALD; JENNIFER SCOTT; DAVID NILSEN; FIRST AMERICAN TITLE CO.; PRESTIGE TITLE AGENCY, INC.; UNITED GENERAL 'TITLE INSURANCE COMPANY; CALIBER HOME LOANS, INC; AMERICAN SECURITY INSURANCE COMPANY; AURORA COMMERCIAL CORP; JOHN DOES 1-100; and ABC COMPANY 1-100,<br><br>    Defendants. | Adv. Proc. No. 22-01091-JKS<br><br>**CERTIFICATION OF SERVICE AND FILING OF PLAINTIFFS' AND DEBTORS' FIRST VERIFIED AMENDED (SUPERSEDING) ADVERSARY COMPLAINT, TOGETHER WITH DECLARATION IN SUPPORT**<br><br>**Dated: October 27, 2023** |

- 2 -

Pursuant to 28 U.S. Code § 1746, the undersigned states under penalties of perjury as follows:

1.    On October 27, 2023, I served or caused to be served upon each of the Defendants named herein, by filing of following documents on the Pacer Electronic filing system: (a) PLAINTIFFS/DEBTORS' FIRST VERIFIED AMENDED (SUPERSEDING) COMPLAINT; and (b) AND PLAINTIFFS/DEBTORS' CERTIFICATION AND DECLARATION IN SUPPORT.

| | |
|---|---|
| Date: October 27, 2023 | /s/Vincent J. D'Elia<br>Attorney for Plaintiffs,<br>BILLY E. SINGLETARY and IDA MAE SINGLETARY<br>309 Communipaw Avenue<br>Ground Floor<br>Jersey City, New Jersey 07304<br>Phone: (201) 656-6503<br>Fax: (201) 656-3276<br>Email: vjd@deliamccarthy.com |