UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

**Order Filed on October 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

  Billy Singletary,
       Debtor

Case No. 21-19637

Chapter: 13

Hearing Date: _____

Judge: John K. Sherwood

## ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

**DATED: October 11, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work for services which were rendered pursuant under an hourly retainer pursuant to DNJ LBR 2016-5(c) having been performed and no objections having been raised it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of $6,880 for services rendered and expenses in the amount of $55.07 for a total of $6,935.07.  The allowance is payable:

  ☒ Through the Chapter 13 Plan as an administrative priority

  ☐ Outside the Plan

The Debtor's monthly plan is not being modified to allow for payment of the above fee.