UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

Order Filed on June 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Billy Singletary,

          Debtor

Case No.: 21-19637
Adv. No.: 
Chapter: 13
Hearing Date: 
Judge: John K. Sherwood

**ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE**

The relief set forth on the following page is **ORDERED**

DATED: June 17, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered (ECF No. ___), and no objections having been raised, it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of  $6,695.00  for services rendered and expenses in the amount of  $1.37  for a total of  $6,696.37 .  The allowance is payable:

- ☐ Through the Chapter 13 Plan as an administrative priority.
    - ____ less retainer of ____ equals: ____.
        - ☐ The Chapter 13 Plan payments will change.
            - Current plan payments are: ____ for ___ months.
            - Beginning _____, Plan payments will increase to _____ for ____ months.
        - ☒ The Chapter 13 Plan payments will not change.
- ☒ Outside of the Chapter 13 Plan